IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 SEP -6 PM 4: 43

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| ROSA MARIA FLORES-TAPIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Horacio J. Wheelock, as a Criminal Justice Act Training Panel Member, to assist in the defense of Defendant Ricardo Villa Sosa.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Horacio J. Wheelock is hereby assigned to assist the Federal Public Defender in the representation of Ricardo Villa Sosa, one of the defendants in the above-captioned case, and must file an entry of appearance forthwith. Horacio J. Wheelock shall not be eligible to receive compensation for services in this case.

Assistant Federal Public Defender Jeffrey L. Thomas shall continue to be primary counsel on behalf of Defendant Ricardo Villa Sosa.

Dated: 9/6/06

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE