# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR271 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROSA MARIA FLORES-TAPIA, | ) | |
| SANDRA LUZ VILLANUEVA BARRIOS, | ) | |
| CARMINA ARRELLANO RODRIGUEZ, | ) | |
| RICARDO VILLA SOSA and | ) | |
| MELECIO GARCIA RANGEL, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Ricardo Villa Sosa's Motion to Continue (Filing No. 78) is granted.

**IT IS ORDERED** that the evidentiary hearing on all pending motions is continued to **January 3, 2007, at 1:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, all defendants with pending motions must be present unless excused by the Court.

DATED this 30th day of November, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge